UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
IRON MOUNTAIN (NEDERLAND) DATA
CENTRE GERMANY B.V.,
                         Plaintiff,  :  23 Civ. 2858 (LGS)

-against-  :  ORDER

WSP USA BUILDINGS, INC., et al.,
                         Defendants.
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, a telephonic conference was held on January 17, 2024.  For the reasons discussed at the conference, it is hereby

    **ORDERED** that the fact discovery deadline is extended to **April 17, 2024**.  An amended case management plan will issue separately.  It is further

    **ORDERED** that Third-Party Defendants AECOM and TTSP shall answer the Amended Third-Party Complaint by **February 28, 2024**.

Dated: January 18, 2024
       New York, New York

                                          LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE