UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
: 
IRON MOUNTAIN (NEDERLAND) DATA :
CENTRE GERMANY B.V., :
                            Plaintiff, :    23 Civ. 2858 (LGS)
:
-against- :    <u>ORDER</u>
:
WSP USA BUILDINGS, INC., et al., :
                          Defendants. :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order dated October 27, 2023, required the parties to file a joint discovery status letter every 60 days;

      WHEREAS, the parties last filed a discovery status letter on November 28, 2023;

      WHEREAS, the parties failed to file the next discovery status letter by January 29, 2024.

It is hereby

      **ORDERED** that, by **February 6, 2024**, the parties shall file the joint discovery status letter. The next status letter is due **March 29, 2024**.

Dated: February 1, 2024
       New York, New York

                                                    LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE