**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
IRON MOUNTAIN (NEDERLAND) DATA
CENTRE GERMANY B.V.,

                    Plaintiff,              **ORDER**

           -against-              **23-CV-2858 (LGS)(JW)**

WSP USA INC.,

                    Defendant.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

The Court has received several letters from the Parties detailing various discovery disputes. Dkt. Nos. 119, 121-24. The Court will hold a discovery conference on **May 1st at 1:30 pm** in the Thurgood Marshall Courthouse, Courtroom 228, 40 Foley Square, New York, NY.

SO ORDERED.

DATED:    New York, New York
               April 15, 2024

_____
JENNIFER E. WILLIS
United States Magistrate Judge