UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
IRON MOUNTAIN (NEDERLAND) DATA
CENTRE GERMANY B.V.,

                Plaintiff,           **ORDER**

      -against-           **23-CV-2858 (LGS)(JW)**

WSP USA INC.,

                Defendant.
-------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

       The Court needs to reschedule the discovery conference originally set for May 1st. The discovery conference shall instead be held on **May 15th at 11:30 am** in the Thurgood Marshall Courthouse, Courtroom 228, 40 Foley Square, New York, NY.

       SO ORDERED.

DATED:    New York, New York
               April 29, 2024

_____
JENNIFER E. WILLIS
United States Magistrate Judge