UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
IRON MOUNTAIN (NEDERLAND) DATA                                :
CENTRE GERMANY B.V.,                                          :
                                        Plaintiff,            :    23 Civ. 2858 (LGS)
                                                              :
-against-                                                     :    ORDER
                                                              :
WSP USA BUILDINGS, INC., et al.,                              :
                                        Defendants.           :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated October 27, 2023, required the parties to file a joint discovery status letter every 60 days;

WHEREAS, the parties last filed a discovery status letter on May 28, 2024;

WHEREAS, the parties failed to file the next discovery status letter by July 29, 2024. It is hereby

**ORDERED** that, by **August 21, 2024**, the parties shall file the joint discovery status letter. The next status letter is due **September 27, 2024**.

Dated: August 14, 2024
       New York, New York

                                                    _____
                                                    **LORNA G. SCHOFIELD**
                                                    **UNITED STATES DISTRICT JUDGE**