UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRON MOUNTAIN (NEDERLAND) DATA CERTRE GERMANY B.V., <br>                    Plaintiff, <br><br> -against- <br><br> WSP USA BUILDINGS, INC., <br>                    Defendant. | 23 Civ. 2858 (LGS) |
| WSP USA BUILDINGS, INC., <br>                    Third-Party Plaintiff, <br><br> -against- <br><br> AECOM LIMITED, AECOM INFRASTRUCTURE & ENVIRONMENT UK LIMITED, and TTSP HWP PLANUNGSGESELLSCHAFT mbH, <br>                    Third-Party Defendants. | ORDER |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference regarding Third-Party TTSP's proposed motion for summary judgment was held on May 13, 2025. As discussed at the conference, it is hereby

**ORDERED** that, by **May 21, 2025**, all parties in this action shall file a joint letter providing the date that the parties and Judge Jones have agreed to reschedule their mediation. The letter shall also propose mutually agreed upon briefing schedule for any anticipated dispositive motions by any party, with the first filing date to follow the close of all discovery.

Dated: May 13, 2025
        New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE