UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRON MOUNTAIN (NEDERLAND) DATA CENTRE GERMANY B.V., <br><br> Plaintiff, <br><br> v. <br><br> WSP USA INC. *f/k/a* KW MISSION CRITICAL ENGINEERING, DPC; and WSP USA BUILDINGS, INC. *f/k/a* KW MISSION CRITICAL ENGINEERING, DPC, <br><br> Defendants. <br><br> WSP USA BUILDINGS, INC. *f/k/a* KW MISSION CRITICAL ENGINEERING, DPC, <br><br> Third-Party Plaintiff, <br><br> v. <br><br> AECOM LIMITED, AECOM INFRASTRUCTURE & ENVIRONMENT UK LIMITED, and TTSP HWP PLANUNGSGESELLSCHAFT mbH, <br><br> Third-Party Defendants. | The application is untimely under the Court's Individual Rules but is nevertheless **GRANTED**. The parties shall file their joint letter providing the date that they and Judge Jones have agreed to reschedule their mediation and proposing mutually agreed upon briefing schedules for any anticipated dispositive motions by **June 2, 2025**. The Clerk of Court is respectfully directed to close the motion at Dkt. No. 187. <br><br> Dated: May 22, 2025 <br> New York, New York <br><br> *[signature]* <br> LORNA G. SCHOFIELD <br> UNITED STATES DISTRICT JUDGE <br><br> Civil Action No. 1:23-cv-2858 |

**JOINT MOTION FOR EXTENSION OF TIME TO FILE
JOINT LETTER IN RESPONSE TO ECF NO. 184**

The parties file this joint motion respectfully requesting a short extension of time, to June 2, 2025, for the parties to file a joint letter in response to the Court's May 13, 2025 order (ECF No. 184).

Since the hearing on May 13, 2025, the parties have been communicating in good faith in an effort to schedule a mediation with Judge Jones by the August 11, 2025 deadline. The parties have been actively working to match Judge Jones's available dates with a day that works for all counsel, party representatives, and insurance carriers, who are located across the United States, in the United Kingdom, and in Germany. The parties, however, have not yet been available to identify a date.

During this time, the parties have also been in discussions about the schedule for remaining case events, including the completion of expert discovery and the filing of summary judgment motions.

- 2 -

The parties will provide a proposed schedule, or if they cannot reach agreement, their positions on the schedule, in the joint letter the parties propose to submit on June 2, 2025.

Dated: May 21, 2025                                                          Respectfully submitted,

/s/ Kyle Maury                                                                    /s/ Joshua Kane
Mike Stenglein*                                                                Kiera S. Gans
Matthew Vandenberg*                                                      Joshua Kane
Chris Taylor*                                                                     DLA Piper LLP (US)
Kyle Maury*                                                                     1251 Avenue of the Americas
**KING & SPALDING LLP**                                              New York, New York 10020
500 W. 2nd Street, Suite 1800                                        Telephone: (212) 335-4500
Austin, TX 78701                                                              Facsimile: (212) 335-4501
Telephone: (512) 457-2038                                             Email: kiera.gans@us.dlapiper.com
Facsimile: (512) 457-2100                                               Email: joshua.kane@us.dlapiper.com
Email: mstenglein@kslaw.com
Email: mvandenberg@kslaw.com                                *Counsel for Third-Party Defendants*
Email: ctaylor@kslaw.com                                               *AECOM Limited* and
Email: kmaury@kslaw.com                                              *AECOM Infrastructure & Environment UK Limited*

Richard Marooney
**KING & SPALDING LLP**
1185 Avenue of the Americas, 34th Floor                 /s/ Paul Olszowka
New York, New York 10036-4003                               Paul Olszowka
Telephone: (212) 556-2100                                           Denise A. Lazar*
Email: rmarooney@kslaw.com                                      Barnes & Thornburg LLP
                                                                                          One North Wacker Drive, 44th Floor
                                                                                          Chicago, Illinois 60606
* Admitted *Pro Hac Vice*                                              Telephone: (312) 357-1313
                                                                                          Email: paul.olszowka@btlaw.com
*Counsel for Plaintiff*                                                      Email: denise.lazar@btlaw.com
*Iron Mountain (Nederland) Data Centre Germany B.V.*

                                                                                           * Admitted *Pro Hac Vice*

/s/ Joshua L. Milrad                                                        *Counsel for Third-Party Defendant*
Joshua L. Milrad                                                             *TTSP HWP Planungsgesellschaft mbH*
Goldberg Segalla LLP
500 Enterprise Drive, Suite 402
Rocky Hill, CT 06067
Telephone: 860-760-3328
Facsimile: 860-760-3301
Email: jmilrad@goldbergsegalla.com

Oliver E. Twaddell
Goldberg Segalla LLP

50 Main Street, Suite 425
White Plains, NY 10606-1976
Telephone: 646-292-875
Facsimile: 914-798-5401
Email: otwaddell@goldbergsegalla.com

Christopher John Belter
James D. Macri
Goldberg Segalla, LLP
665 Main Street, Suite 400
Buffalo, NY 14203
Telephone: (716) 566-5400
Facsimile: (716) 566-5401
Email: cbelter@goldbergsegalla.com
Email: jmacri@goldbergsegalla.com

*Counsel for Defendant*
*WSP USA Buildings, Inc. f/k/a kW Mission*
*Critical Engineering, dpc*

- 4 -

## CERTIFICATE OF SERVICE

I, Kyle Maury, certify that on May 21, 2025, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which sent electronic notice to all parties of record.

*/s/ Kyle Maury*
Kyle Maury