UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRON MOUNTAIN (NEDERLAND) DATA CERTRE GERMANY B.V., <br>                    Plaintiff, <br> -against- <br> WSP USA BUILDINGS, INC., <br>                    Defendant. | 23 Civ. 2858 (LGS) |
| WSP USA BUILDINGS, INC., <br>                    Third-Party Plaintiff, <br> -against- <br> AECOM LIMITED, AECOM INFRASTRUCTURE & ENVIRONMENT UK LIMITED, and TTSP HWP PLANUNGSGESELLSCHAFT mbH, <br>                    Third-Party Defendants. | ORDER |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on January 4, 2025, Third-Party Defendant TTSP filed a motion to dismiss the Amended Third-Party Complaint.

WHEREAS, on January 5, 2025, Third-Party Defendant AECOM filed a motion to dismiss the Amended Third-Party Complaint.

WHEREAS, on January 24, 2025, Third-Party Plaintiff WSP filed its opposition to Third-Party Defendants TTSP and AECOM's motions to dismiss on January 24, 2025. Third-Party Defendants TTSP and AECOM filed their replies on February 7, 2025. It is hereby

**ORDERED** that Third-Party Defendants TTSP and AECOM's motions to dismiss are **GRANTED**. An opinion will follow.

The Clerk of Court is respectfully directed to close the motions at Dkt. Nos. 159 and 162 and remove Third-Party Defendants TTSP and AECOM as parties to the case.

Dated: August 11, 2025
      New York, New York

                                    LORNA G. SCHOFIELD
                              UNITED STATES DISTRICT JUDGE