UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IRON MOUNTAIN (NEDERLAND) DATA :
CENTRE GERMANY B.V.,             :            23 Civ. 2858 (LGS)
                                 :
                     Plaintiff,  :            ORDER
                                 :
         -against-               :
                                 :
WSP USA BUILDINGS, INC.,         :
                                 :
                     Defendant.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a conference was held in this action on November 4, 2025. As discussed at the conference, it is hereby

**ORDERED** that, by **November 18, 2025**, the parties shall file a joint status letter indicating (1) the identity of the parties' selection for a privately retained mediator and (2) the date scheduled for a mediation session.

Dated: November 5, 2025
       New York, New York

*[Signature]*
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**